**Melvin PHILLIPS, Plaintiff— Appellant,**

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant—Appellee.**

No. 02–16921.

D.C. No. CV–01–01898–LKK.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2003.*

Decided Dec. 10, 2003.

Jesse S. Kaplan, Esq., Sacramento, CA, for Plaintiff–Appellant.

Bobbie Montoya, Office of the U.S. Attorney, Sacramento, CA, Grace B. Carter, Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before SCHROEDER, Chief Judge, D.W. NELSON, and RYMER, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Melvin Phillips appeals the district court's summary judgment in favor of the Commissioner of the Social Security Administration. Because Phillips engaged in substantial gainful activity for several years prior to applying for child disability insurance benefits, he was not continuously disabled since age 22 and accordingly is not entitled to benefits. *See Smolen v. Chater*, 80 F.3d 1273, 1280 (9th Cir.1996). The decision of the district court is

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

